UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANCES KAY EWING,

        Plaintiff,

                                  Case No. 07-CV-14411

vs.                                     HON. GEORGE CARAM STEEH

UNITED STATES POSTAL SERVICE,

        Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS (#2), AND DISMISSING CLAIMS PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)(i) and (ii)

Plaintiff Frances Kay Ewing filed a complaint and application to proceed without prepayment of fees on October 17, 2007. Consistent with plaintiff's accompanying affidavit, the court is persuaded plaintiff is unable to pay the fees associated with the filing of her complaint. Accordingly, plaintiff's application to proceed without the prepayment of fees, or in forma pauperis ("IFP"), is hereby GRANTED. See 28 U.S.C. § 1915(a)(1).

Pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), this court is authorized to dismiss plaintiff's IFP claims upon determining that the claims are frivolous, or fail to state a claim on which relief may be granted. The two-page handwritten complaint alleges that plaintiff has encountered exploitation, extreme rudeness, and long lines at all Post Offices, and been defamed, demoralized, and laughed at by Postal employees. Plaintiff also alleges that Postal workers have displayed very bad behavior while delivering mail, and that "Postal trucks too numerous to mention com[e] all at once in annoying and harassing manner to provoke and upset." Plaintiff alleges that a mailed clothing item was stolen, and that

service complaints have went unaddressed. On its face, plaintiff's complaint is frivolous in the context of a federal lawsuit, and fails to state a recognized legal claim on which relief may be granted. Accordingly,

Plaintiff's claims are hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

SO ORDERED.

Dated: October 18, 2007

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 18, 2007, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk

---